UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT
CLASS ACTION

CASE NO. _____

**PLAINTIFF(S)**

1.) Christopher Q. Petteway, #426345, (Osbourne, Garner C.I. Mac-Walker)

2.) Christopher Deveau, #392883

3.) Isaiah Boney, #378529

4.) Patrick Bordieri, #404450

5.) Larry Sloutier, #371868

6.) Philip Anderson, #240631 (Osbourne Correctional Facility)

7.) Brenshawn Thomas-Baker, #_____

8.) Michael Walden, #256599

9.) Christopher Nixon, #_____, (Garner C.I.)

10.) Victor Encarnacion, #353634

11.) Andrew Cook, #103713

12.) Jacob Hughes, #404046

13.) Kenny Strothers, #410532, (Garner C.I.)

14.) R. Daniels, #212705 (Garner C.I, Mac-Walker)

15.) Kyle Thomas, #_____, (Garner C.I.)

16.) Alexander Rosa, #381946, (Garner C.I.)

(1.)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT
CLASS ACTION

CASE NO. _____

- **PLAINTIFF(S) (Continued)**

17.) Adam ~~Slawski~~ Dobrzanski; # 373330, (Garner C.I.)

18.) William Scott, # 202840, - (Garner C.I.)

19.) J. Cooper; # 427880, - (Garner C.I.)

20.\* John Ginnetti; # 428347 (Abuse of the elderly, etc.) - (Garner C.I.)

21.) Taveras, # 368953 (A.K.A. Noey) - (Garner C.I.)

22.) Sema; Coarts; # 419531 - (Garner C.I.)

23.) Jesus Cosme-Soto; # 440734 - (Garner C.I.)

24.) Marcus Hooges; # 350969 - (Garner C.I.)

25.) Max El Bey; # 436 469 (or 969) - (Garner C.I.)

26.) Michael Rigel; # 439362 - (Garner C.I.)

27.) Derrick Myers; # 242670 - (Garner C.I.)

28.) Joseph Mills; # 370506 - (Garner C.I.)

29.\* Gino Quinones; # 381304 ("PREA issues") - (Garner C.I.)

30.) Owen Lynch, # 431882 - (Garner C.I.)

31.) (H)orace Kelly; # 410907 (inadequate medical care, etc.) - (Garner C.I.)

\*) Arron Brown; # _____ (Garner - G-Unit 2022) - (Garner C.I.)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CLASS ACTION

CASE NO. _____

- **PLAINTIFF(S) (CONTINUED)**

33.) Manuel OTERO, #400541

34.) Michael WALDEN, #256599

35.) BRANDON ROCHE, #432353 (DENIED FUNERAL, INADEQUATE MEDICAL CARE, ETC.)

36.) TOM KANE, #336757 (GARNER C.I.)

37.) JAHMIR DANIELS, #441137 (Walker C2-Unit CT1 25)

38.) Christopher VALERAS, #442960

39.) STEVE GRINVALSKY #369080

(All MAC-Walker) NO TABLET IVR HARD INC AT SCOTT

40.) SHAWN MOORE-HARRIS, #431237

41.) RYAN ALFORD, #140733

42.) STEVE FINES, #374085

43.) FELIZ SANTANA, #408441

44.) KEITH HYNES, #223243

VS.

- **DEFENDANT(S)**

(I.) THE CONNECTICUT STATE DEPARTMENT OF CORRECTIONS, ET AL; WHICH INCLUDES, BUT MAY NOT BE LIMITED TO; THE CONN. STATE DEPARTMENT PUBLIC HEALTH, SECURUS TECH. INC; UNITY FORGES, LLC; THE UNITED STATES POST OFFICE POSTMASTER GENERALS

1.) WARDEN Craig Washington, (individual and official capacity), - (GARNER C.I.)

2.) Commissioner of Corrections, Angel Quiros, (individual and official capacity); (GCI)

3.) Commissioner Rollin Cook (individual and official capacity); (G.C.I)

4.) CAPTAIN JACKSON, (individual and official capacity); (GARNER C.I.)

(3.)

United States District Court for the District of Connecticut

Pro Se Prisoner Civil Rights Complaint

Class Action

Case No. _____

● DEFENDANT(S) (CONTINUED)

5) Supervising Counselor Vermette, (individual and official capacity), (GCI)

6) Deputy Warden Snyder, (individual and official capacity), (GCI)

7) CC Higgins, (individual and official capacity), (GCI)

8) Correctional Officer Mc Golderick, (individual and official capacity) (GCI)

9) Captain Wright, (individual and official capacity), (GCI)

10) Lieutenant Cabello (individual and official capacity), (GCI)

11) Lieutenant Verona (individual and official capacity), (GCI)

12) Lieutenant Davis, (DHO; individual and official capacity) (MAC-Walker)

13) Lieutenant Legasey (individual and official capacity) (MAC-Walker)

14) Lieutenant Briatico (individual and official capacity) (MAC-Walker)

15) Lieutenant French (individual and official capacity) (MAC-Walker)

16) C.O. Kassoy (DHI; individual and official capacity) (MAC-Walker)

17) Captain Cruz (individual and official capacity) (MAC-Walker)

18) LT Bissue, (individual and official capacity) (MAC-Walker)

19) Nick Rodriguez, Acting Dpt. Comm (individual/official capacity) (MAC-Walker)

20) Warden Dougherty, individual/official capacity (MAC-Walker)

(4.)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CLASS ACTION

CASE NO. _____

[DEFENDANT(S) (CONTINUED)]

- Dr. Pierre (individual/official capacity) (G.C.I.)
21.) Correctional Officer Noroby DHI, individual and official capacity (G.C.I)
22.) Elizabeth Park, LCP.P.D.H, (individual and official capacity) (G.C.I)
23.) Dr. Kathryn Carhart, Psychologist (individual and official capacity) (G.C.I)
24.) Dr. Suzanna Tong, Psychiatrist (individual and official capacity) (G.C.I)
25.) Dr. Charles Burns, Head Psychiatrist (individual and official capacity) (G.C.I)
26.) Dr. Valleta, Medical Leader (individual and official capacity) (G.C.I)
27.) Correctional Officer, Jason Leahy, (individual and official capacity) (G.C.I)
28.) Lieutenant Strange, (individual and official capacity) (MAC-Walker)
29.) Lt. Davis, (individual and official capacity) (Garner C.I.)
30.) Correctional Officer, Raganauth-DHi- (individual/official capacity) (Garner C.I.)
31.) Lieutenant Herrera DHO, (individual and official capacity) (Garner C.I.)
32.) Captain King, DHO (individual and official capacity)
33.) THE INMATE COURT TRANSPORTATION OFFICERS AT BOTH GARNER AND MAC-Dougall Walker C.I. (individual & official capacity).
C.O. "H" AND JOHN DOE'S #1-X (individual and official capacity)
34.) THE PROPERTY OFFICERS OF MACDougall-Walker's Corr Institutions + (G.C.I)
JOHN DOES #1-X-(individual(5.) and official capacity)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT
CLASS ACTION

| DEFENDANTS | (CONTINUED)   CASE NO. _____

35) C/C DELINDA HESE, (INDIVIDUAL AND OFFICIAL CAPACITY) (MAC-WALKER)
36) C.S. DOW (INDIVIDUAL AND OFFICIAL CAPACITY (MAC-WALKER)
37) C.S. LANOSINA (INDIVIDUAL AND OFFICIAL CAPACITY (MAC-WALKER)
38) CAPTAIN GIOROILLS (INDIVIDUAL AND OFFICIAL CAPACITY) (GARNER C.I.)
39) CORRECTIONAL OFFICER TORRES (INDIVIDUAL AND OFFICIAL CAPACITY) (G.C.I)
40) Ms. B_____, HEAD OF SCHOOL/EDUCATION (INDIVIDUAL AND OFFICIAL CAPACITY) (G.C.I)
41) CORRECTIONAL OFFICER ALEXANDER, (INDIVIDUAL AND OFFICIAL CAPACITY) (G.C.I)
42) Mr. RIOS, "MAIL HANDLER" (INDIVIDUAL AND OFFICIAL CAPACITY) (~~G.C.I~~)
43) Mr./C.O. NORTON; "MAIL HANDLERS", (INDIVIDUAL AND OFFICIAL CAPACITY) -(MAC-WALKER)
44) "Bill"; "MAIL HANDLER", (INDIVIDUAL AND OFFICIAL CAPACITY) -(G.C.I)
45) THE "INTELLIGENCE STAFF" OF BOTH THE GARNER CORRECTIONAL FACILITY AND MAC DOUGALL WALKER
    JOHN DOE'S 1 - (X)

46) SECURUS TECHNOLOGIES INC. ET.AL

47) Unity PROVIDERS, LLC, ET AL

CONSISTING OF JOHN DOES 1 - (X) (INDIVIDUAL AND OFFICIAL CAPACITIES) AFTER ALL FAILED ATTEMPTS TO MAKE CONTACT + RECIEVE COMPANY INFO DIRECTLY.

(6.)

United States District Court for the District of Connecticut

Pro Se Prisoner Civil Rights Complaint

Class Action

Case No. _____

**Defendants** (continued)

* C.O. Sandone + C.O. Baez (individual + official capacity)
48.) Lieutenant Coebuter, ? (individual and official capacity) (Mac-Walker)
49.) Lieutenant Cooley, (individual and official capacity) (Mac-Walker)
50.) Lieutenant Fehr, (individual and official capacity) – (Mac-Walker)
51.) Lt. Kozn, (individual and official capacity) – (Mac Walker)
52.) Correctional Officer Texidor, (individual and official capacity) (Mac-Walker)
53.) C.O. Saleh, (individual and official capacity) – (Mac-Walker)
54.) C.O. Santaniello (JR), DHI – (individual and official capacity)
55.) Mr. C. Costen, Postmaster General (individual and official capacity) Washington D.C. (et. al)
56.) The Amityville United States Post Office, et-al (Postmaster General) 11701
57.) The Newtown Post Office of the United States (Postmaster General) 06470
(58.) Officer Hall (06/26/23 unit 1-2 12:00PM) (improper strip search)
58.) Lt. Cheney, (individual and official capacity) (Mac-Walker)
60.) C.S. (MAC) _____ (full)
61.) C.O. Faba (both ind/official capacity)

[Correlating Address for Above Defendants]

* The Garner Correctional Facility; 50 Nunnawauk Rd, Newtown CT 06470
* The Mac-Dougall Walker Correctional Facility; 1153 East Street South, Suffield CT 06080
* The Connecticut State Dept. of Public Health 410 Capitol Avenue, Hartford CT 06105
* The Postmaster General's Office, Washington D.C. _____
* The Post Master General Headquarters Arlington Virginia _____
* Securus Technologies Inc., P.O. Box 650757, Dallas TX 75265-0757
* Unity Packets, LLC. Informal Dispute Resolution(?) 4000 International Parkway, Carrollton TX 75007

○ **A. JURISDICTION**

I can bring my complaint in federal court because I am suing:

1. __X__ State, County or City employees for violating my Federal rights under 42. U.S.C. Sec. 1983 / 1985 / 1986.

○ **B. PLAINTIFF(S) (THE PERSON FILING THIS COMPLAINT)**

(1.) FIRST PLAINTIFF

(a.) Christopher Quindale Petteway

(b.) Inmate Number: 426345

(c.) Leader); Pro-SE Litigant; Advocate

(D.) The MacDougall Correctional Facility, Suffield, CT 06080

(2.) All Subsequent, (Supporting), Plaintiff(s)

(a). See pages 1-3 of this complaint, the Plaintiffs section

(b). See pages 1-3 of this complaint, the Plaintiffs section

(c.) " See pages 1-3 of this complaint, Plaintiffs section "

(*) (D.) Detainees at the Garner Correctional Facility, Newton CT 06470 and in the State of Connecticut Dept. of Correction in various facilities throughout the state. (Please locate within said Department / Facilities)...

(*) ...[Which include, but may not be limited to; The Osborne Correctional Facility; Carl Robinson Corr. "Facility"; Chester; MacDougall-Walker, Bridgeport, etc]

(8.)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT
CLASS ACTION

Petteway, Christopher #426315          CASE NO. _____
v.
Commissioner of Corrections, et. al.

• |Previous Law Suits| •

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

✓ Yes    Habeas Court of Tolland, Rockville CT 06066

Please list all prior civil actions or appeals that you have filed in federal or state court relating to your imprisonment while you have been incarcerated.

Habeas Court of Tolland, Rockville CT 06066

1.) Docket or Case Number: TSR-CV-22-5001214-S
Name of Court: The Tolland Superior Court, Rockville Connecticut 06066
Parties (Caption or Name of Case): Petteway, Christopher V. Commissioner of Corrections.

Disposition: "Disposed" - though unknown to "Mr. Petteway" due to ineffective assistance of counsel; conflicts of interest and questionable (mis)-conducts on behalf of Attorney Christopher Duby, The New London Superior Courts, etc. Also Attorney Jason Goddard - whom was my original court assigned attorney for this case, whom was replaced by Christopher Duby - unbeknownst to me.

United States District Court For The District of Connecticut

Pro Se Prisoner Civil Rights Complaint

Class Action

Case No. _____

**Previous Lawsuits** (continued)

2.) Docket or Case Number: TSR-CV-22-5001215-S
Name of Court: The Tolland Superior Court, Rockville Connecticut 06066
Parties: Petteway, Christopher v. Commissioner of Corrections
Disposition: Pending,

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT
CLASS ACTION

D. REASON FOR COMPLAINT                                         CASE NO. _____

THIS IS A CIVIL RIGHTS CLASS ACTION BEING FILED BY MR. CHRISTOPHER Q. PETTEWAY #426315 CURRENTLY BEING DETAINED AT THE MACDOUGALL CORRECTIONAL FACILITY LOCATED AT 1153 EAST STREET SOUTH IN SUFFIELD, CONNECTICUT 06080 OF THE CONNECTICUT STATE DEPARTMENT OF CORRECTIONS, WHICH INCLUDES SAID RESPONDENTS; FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. §1983, ALLEGING FEDERAL TORT CLAIMS; FIRST AMENDMENT RIGHTS TO FREEDOM OF SPEECH, ASSOCIATION AND ACCESS TO THE PRESS; RIGHT TO PRACTICE RELIGION UNDER THE FOURTEENTH AMENDMENT AND EIGHTH AMENDMENT CLAUSE; RIGHTS TO BE FREE FROM DISCRIMINATION; DUE PROCESS RIGHTS; FOURTEENTH AMENDMENT RIGHTS TO PRIVACY (UNREASONABLE SEARCHES AND SEIZURES, MEDICAL PRIVACY) RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT; RIGHT TO ACCESS THE COURTS; RIGHTS OF LGBTQ+ PEOPLE LIVING WITH HIV/AIDS. THE PLAINTIFF ALSO ALLEGES THE TORTS OF EXCESSIVE FORCE(S), ASSAULTS AND BATTERIES, NEGLIGENCE(S), FALSE ADVERTISEMENT, EXTORTION, HARASSMENTS; FAILURES TO ACT, DIRECT AND INDIRECT PARTICIPATION, WHICH INCLUDE BUT ARE IN NO WAYS LIMITED TO ILLEGAL AND REPETITIVE CONFINEMENTS IN SEGREGATION (BEING CYCLED IN AND OUT) IN DIRECT VIOLATIONS OF THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION OF AMERICA, ETC.

(11.)

United States District Court for the District of Connecticut

Pro-se Prisoner Civil Rights Complaint
Class Action

(Continued)

**D. Reason for Complaint**

Case No. _____

Since the onset of the Plaintiff's incarceration; on or about October 4, 2018, the Plaintiff has experienced the civil rights violations described here-in, which are not exhaustive in said list. Mr. Christopher Q. Petteway, being the lead organizer - Pro-se litigant in this class action suit, against said defendants, represents; (at this stage in proceedings), class members whom have experienced mental anguishes, pains and sufferings which include some degree of physical injury, some more intensive and/or extensive than others as the result(s) of a common set of facts or legal interests. The Plaintiffs described here-in have suffered such human rights violations at points prior to lead Plaintiff's incarceration of (2018), during the lead Plaintiff's incarceration and have continued on up to the present date and time throughout the various state of Connecticut's Department of Corrections - Correctional Institutions which are supervised by said defendants whom are employed under color of state law.

**Exhaustion of Remedies**

The Plaintiff - Pro-se litigant Mr. Christopher Q. Petteway; lead organizer for this class action suit has exhausted his administrative remedies with respect to all claims and all defendants, to the best of his limited abilities during such times based on the undermining of such inmate grievance process and procedures by specific employees of the State of Connecticut et.al. (i.e: no proper orientations, no available forms, etc. to ~~submit~~ petition the government for the redress of grievances, no inmate handbooks ___ Garner Correctional Facility).

(12.)