STATE of CONNECTICUT (CP) U.S. DISTRICT COURTS (CP) AMENDED 08-03-2023
County of FAIRFIELD

SUNDAY, APRIL 17, 2022 10:30 PM

(AFFIDAVITS)

CASE NO. ______

Christopher Q. Petteway #426345
VS.
THE CONNECTICUT STATE DEPARTMENT CORRECTIONS, ETAL

~~MR. CHRISTOPHER Q. PETTEWAY #426345~~
~~GARNER CORRECTIONAL INSTITUTION~~ (CP)
~~50 NUNNAWAUK ROAD~~
~~NEWTOWN, CONNECTICUT 06470~~

HON. JUDGE: ______

AS of (CP) 11/17/2023 - THE MACDOUGALL CI 1153 EAST STREET S. SUFFIELD CT 06080

RE: NOTICE OF LOST, STOLEN, MISPLACED PROPERTY AND IDENTIFICATION / RECORDS, ETC. • AFFIDAVIT •

TO ALL CONCERNED PARTIES -

AUG 18 2023 AM11:22
FILED_M-USDC-BPT-CT

My name is Christopher Q. Petteway. I was born on March 28, 1976 at 10:00 AM on a Sunday at the Brunswick Hospital in Amityville New York. My mother's name "was" Beverly Petteway, Shawn.

I migrated to this state of Connecticut in January of 2016. Since arriving here, initially in Bridgeport, Connecticut my identifications have been lost / stolen on several occassions. This would include, but not be limited to my: social security card(s), Connecticut state ID's(s), New York state birth certificate(s), Connecticut state benefit card (DSS) and several other personal records, informations, creative writings, contracts, etc... Also on two occassions my cell phones.

AFFIDAVIT - NOTICE OF LOST, STOLEN, MISPLACED PROPERTY AND IDENTIFICATIONS....

(CONTINUED)

SUNDAY, APRIL 17, 2022 10:30 PM

DURING SUCH TIMES, I'VE FILED REPORTS OF SUCH LOST, STOLEN, MISPLACED PROPERTY, INFORMATIONS AND RECORDS TO THE NEW LONDON POLICE DEPARTMENTS AND TO THE BRIDGEPORT POLICE DEPARTMENTS (2016) AS WELL AS TO THE SOCIAL SECURITY ADMINISTRATIONS. IN THE YEAR OF 2018 WHILE RESIDING AT A TRANSITIONAL HOUSE, FORMERLY, KNOWN AS THE UNION HOUSE OF 276 UNION STREET IN BRIDGEPORT CONNECTICUT AND PRIOR TO THIS PRESENT INCARCERATION - MY PROPERTY WAS "TAKEN" BY SOMEONE IN THAT FACILITY AND I HAVE SINCE NOT RECEIVED IT, NOR HEARD ANYTHING WITH REGARDS TO IT.

(e) BE IT KNOWN THAT THERE IS ANOTHER "CHRISTOPHER PETTEWAY" WHOM HAS THE SAME BIRTHDATE AS I DO AND AT ONE POINT IN TIME RESIDED AT THE SAME ADDRESS WHICH I DID IN BRIDGEPORT CONNECTICUT: 495 (485) JANE STREET AT A PROGRAM KNOWN AS PIVOT, DURING THE YEAR OF 2016 - THIS RAISED GROUNDS FOR CONCERN AS TO ANY CONFUSIONS IT MAY CONTRIBUTE TO IN DISTINGUISHING HIM FROM ME, ESPECIALLY CONSIDERING ALL THE PREVIOUS LOSS, STOLEN AND/OR MISPLACED DOCUMENTS, RECORDS, AND FORMS OF IDENTIFICATION(S) AS DESCRIBED HERE-IN. PLEASE NOT THIS, DOCUMENT IT AND CONSIDER IT IN RELATION TO MATTERS, ISSUES, ETC WHICH MAY RELATE TO OUR NAMES.

AFFIDAVIT) - NOTICE OF LOST, STOLEN, MISPLACED PROPERTY AND IDENTIFICATIONS.....

(SUNDAY, APRIL 17, 2022 10:30 PM)

ESPECIALLY WITH REGARD TO MY IRS TAX IDENTIFICATION NUMBER / INFORMATION; SOCIAL SECURITY NUMBER; CRIMINAL HISTORY / RECORD INFORMATION; CREDIT REPORT INFORMATION, PASSWORDS, ETC, ANY POSSIBLE MORTGAGES; LIFE INSURANCE POLICIES; CAR LOANS ETC. UNBEKNOWNST TO ME AND NOT AUTHORIZED BY ME AND WITH SPECIFIC REGARD TO MY PENDING PERSONAL INJURY CLAIM AGAINST THE NEW LONDON POLICE DEPARTMENT:

AS THE CORRELATIONS BETWEEN HE AND I, (OUR NAMES, BIRTHDATES AND FORMER ADDRESS, ETC), GIVE ME GROUNDS ~~OF~~ FOR CONCERN FOR THE POTENTIALS FOR FOUL PLAY.

(CP) ADDED 08-03-2023

Sincerely,

Mr. Christopher Q Petteway

MR. CHRISTOPHER Q. PETTEWAY

"144"

Mr Christopher Q. Petteway

Mr. Christopher Q Petteway

"144"

CC: All Pertinent Parties

(CP)

BE IT KNOWN AT THIS TIME THAT ("MR. PETTEWAY") DOES NOT HAVE ANY GUARDIANS, CONSERVATORS, POWERS OF ATTORNEY, ETC. WHOM ARE AUTHORIZED BY HIM TO HANDLE, CHANGE, ETC. ANY OF HIS LEGAL, FINANCIAL, BUSINESS MEDICAL AFFAIRS, ETC.

X ____________________

(NOTARY'S SIGNATURE)

MY COMMISSION EXPIRES: 2/28/24

C. Petteway 08-03-2023

(PAGE 3 OF 2 PAGES (END OF PAGE 3))

08-01-2023

AUG 18 2023 AM11:22
FILED_M- USDC - BPT- CT

U.S. DISTRICT COURT, STATE OF CONNECTICUT

Christopher Q. Petteway #426345
(Pro-Se-Plaintiff)

vs.

THE CONNECTICUT STATE DEPARTMENT of CONNECTICUT, ET. AL
(DEFENDANTS)

CASE NO ____________

HON JUDGE ____________

DATE: ____________

I-).

AFFIDAVIT OF MR. CHRISTOPHER Q. PETTEWAY, #426345

"I Mr. Christopher Q. Petteway, #426345; whom is currently being DETAINED AT THE MACDOUGALL CORRECTIONAL INSTITUTION, located AT 1153 EAST STREET SOUTH IN SUFFIELD, CONNECTICUT 06080; being of legal age and sound mind makes the following statement(s); pursuant to 28 U.S.C. 1746 AND DOES DECLARE UNDER PENALTY OF PERJURY IN ACCORDANCE to C.G.S. 53a-157 - THAT BASED ON HIS OWN PERSONAL KNOWLEDGE AND EXPERIENCE(S) it, (THEY), ARE FACTUAL AND TRUE". (PLEASE SEE ADDENDUM to THIS MOTION)

II-). DECLARATION IN SUPPORT OF PLAINTIFFS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION(S).

Mr. Christopher Q. Petteway STATES:

"I AM THE PRO SE PLAINTIFF (1), (LEAD ORGANIZER), IN THIS CASE. I MAKE THIS DECLARATION IN SUPPORT OF MY MOTION FOR A TEMPORARY RESTRAINING ORDER AND (A) PRELIMINARY INJUNCTION(S) TO ENSURE

08-01-2023 (AFFIDAVIT - CONTINUED) Pettaway, Christopher 426345

THAT MY RIGHTS AS AN AMERICAN PRISONER, (DETAINEE), UNDER THE EXPRESSED SUPERVISION OF COLOR OF STATE EMPLOYEES OF THIS CONNECTICUT STATE' DEPARTMENT OF CORRECTIONS ARE HONORED, RESPECTED, INFORCED AND UPHELD BY THE DEFENDANTS, ET. AL, [ THE SAID DEPARTMENT OF CORRECTIONS AND RESPONDENTS], IN ACCORDANCE TO THOSE (CP) RIGHTS WHICH ARE OUTLINED AND GUARANTEED, (TO HIM (CP)), WITHIN THE / OUR FEDERALLY PROTECTED (CP) CONSTITUTIONAL RIGHTS, ETC."

NOTE TO THE COURTS -

IN ORDER TO SAVE THE COURTS TIME AND MONEY ("MR. PETTAWAY") SHALL NOT LIST (THE) UP TO FOUR PAGES OF RULES, CASE LAW, AND OTHER SUPPORTIVE RESOURCES (CP) FOR WHICH HE INTENDS TO REFER TO IN ORDER TO STRENGTHEN HIS CLAIMS. HOWEVER, AT THE PROPER TIME AND VENUE, ("MR. PETTAWAY"), SHALL PRESENT SUCH REFERENCES.

FURTHERMORE, BASED ON THE REASONINGS, AT THIS TIME ("MR. PETTAWAY") FILES AN ADDENDUM TO THE MOTION FOR TRO / PRELIMINARY INJUNCTIONS DESCRIBED HERE-IN, WHICH IS INCLUDED IN THE FOLLOWING PAGE(S), ENTITLED "TRO / PRELIMINARY INJUNCTION ADDENDUM PAGE(S)."