Christopher Q. Pettengill
Pro-Se Litigant · Advocate
915 Lafayette Blvd.
Bridgeport, CT 06604

NEOPOST
FIRST-CLASS MA
08/15/2023
US POSTAGE $003.99
ZIP 06080
041M1129270

U.S. District Court - Clerks Office
915 LaFayette Blvd.
Bridgeport, CT 06604

Confidential · Legal ·

Submitted to CC Fiore on/at August 14 @ 9:45
For mailroom delivery and immediate send off

COMPLETED